UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

WALTER SCHILLER and DENISE SCHILLER.

        Defendants.
---------------------------------------------------------------x

Index No.
18-cv-6840
ENV-CLP

### DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER

Defendants hereby move the Court for leave to amend their Answer, pursuant to Fed. R. Civ. P. 15(a)(2) to add paragraph Eighth as an additional Affirmative Defense. Filed simultaneously with this Motion is the proposed Second Amended Answer with paragraph Eighth. Defendants have conferred with Plaintiff regarding the filing of the Second Amended Answer and the parties have agreed that:

1. Plaintiff consents to Defendants Consent Motion for Leave to file the Second Amended Answer, a copy of which accompanies this Motion.

2. Plaintiff and Defendant will respond to any additional discovery requests on a schedule as determined by the Court.

So Ordered
/s/ Cheryl Pollak  USMJ
8/26/19

Respectfully submitted,

*Larry Kars*

Larry Kars, Esq. (LK0827)
Attorney for Defendants
233 Broadway, Suite 2340
New York, NY 10279
Tel: 212-233-3800
FAX: 212-233-3801
larrykarslaw@gmail.com

To:
W.Damon Dennis, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044

### CERTIFICATE OF SERVICE

      I, Larry Kars, Attorney for the Defendants, hereby certify that on August    2019, a copy of the foregoing Defendants Second Amended Answer to be sent by Priority First Class Mail charges pre-paid, to the following:

W.Damon Dennis, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044

Dated: New York, New York
      August 20, 2019

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

WALTER SCHILLER and DENISE SCHILLER.

        Defendants.
-----------------------------------------------------------------------x

AMENDED ANSWER

Index No.
18-cv-6840
ENV-CLP

## Second AMENDED ANSWER

Defendants, Walter Schiller and Denise Schiller, pursuant to Federal Rules of Civil Procedure 15(a)(1)(A), by their attorney Larry Kars, Esq., as and for their Amended Answer to the Complaint, respectfully alleges as follows:

### Preliminary Statement

Defendants have been unable to obtain many necessary facts and documents to adequately review, answer and defend the allegations in the complaint. This is due in part to the Government and Internal Revenue Service (IRS) shutdown. The IRS was not responding or accepting powers of attorney in order for defendants to obtain transcripts of account showing the defendants' and plaintiff's activities for the relevant tax periods involved.

In addition, immediately prior to the complaint being filed, a Revenue Officer of the IRS, C. Lomax, visited the defendants and retrieved, seized and stole many documents previously sent to the defendants by the IRS and documents sent by defendants to the IRS. C. Lomax promised to return those documents to the defendants presumably after making copies, but he never returned the documents to defendants and has willfully retained those documents

without the defendants' consent and to their detriment.

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1 of the complaint.

2. Admits the allegation contained in paragraph 2 of the complaint

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the complaint.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 of the complaint.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the complaint.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of the complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of the complaint.

8. Defendants hereby deny all other allegations in the complaint not heretofore denied.

### FIRST AFFIRMATIVE DEFENSE

9. The complaint fails to state a cause of action against defendants upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

10. Defendants assert any and all statute of limitations as a complete defense to some or all claims.

### THIRD AFFIRMATIVE DEFENSE

11. Part of the unpaid interest charges are, on information and belief, due to delays caused by plaintiff and should be abated.

## FOURTH AFFIRMATIVE DEFENSE

12. Part of the interest and penalties charged by plaintiff are, on information and belief, inaccurate and due to reasonable cause and should be abated.

## FIFTH AFFIRMATIVE DEFENSE

13. Plaintiff's claims are barred by the doctrine of consent and waiver in that the parties had agreed to monthly installment payments which payments have been consistently made and accepted by plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

14. Plaintiff's claims are barred by the doctrine of laches in that defendants relied on the installment agreement to their detriment and prejudice, and the plaintiff's delay in acting on the installment agreement was inexcusable; such delay lasted approximately eleven (11) months.

## SEVENTH AFFIRMATIVE DEFENSE

15. Plaintiff's termination of the installment agreement and delay in reviewing it was an abuse of their discretion. Plaintiff had placed defendants in "non-collectible " status for several months but defendants continued to make monthly payments to plaintiff; due to a lack of assets, the inability to borrow on any home equity, severe medical problems of defendant Denise Schiller, defendants could not full pay the balance due on their tax liability.

## EIGHTH AFFIRMATIVE DEFENSE

16. On information and belief, the Internal Revenue Service wrongfully referred this case to the Department of Justice for commencement of proceedings in Court against Defendants, persons named in a proposed installment agreement, when levy to collect the liability was prohibited by Regulation Sec. 301.6331-4(a) and as stated in Regulation Sec. 301-6331-4(b)(2); and Code Sec. 6331(k) (2) (B). On August 7, 2018, IRS Revenue Officer C. Lomax stated in a written communication to the Defendants that:" ..Levy. Suit to Reduce Claim to Judgement in Process," which date was during the prohibited period. The prohibited period began on or about December7, 2017 when the Plaintiff received the request for an installment agreement and ended October30. 2018, the date of the letter of rejection was sent to Defendants, plus 30 days thereafter. C. Lomax reviewer also approved the rejection of the installment agreement on October 3, 2018.

WHEREFORE, Defendants respectfully demands judgment dismissing Plaintiff's complaint in its entirety, awarding Defendants the costs of this litigation, and such further relief as the Court deems just and proper.

Dated: New York, New York
August 20, 2019

*/s/ Larry Kars/*
Larry Kars, Esq. (LK0857)
Attorney for Defendants
233 Broadway, Suite 2340
New York, NY 10279
Tel: 212-233-3800
FAX: 212-233-3801
larrykarslaw@gmail.com

To:
W.Damon Dennis, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044

## CERTIFICATE OF SERVICE

I, Larry Kars, Attorney for the Defendants, hereby certify that on August 26 2019, a copy of the foregoing Defendants Second Amended Answer to be sent by Priority First Class Mail charges pre-paid, to the following:

W.Damon Dennis, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044

## Motions
<u>1:18-cv-06840-ENV-CLP United States of America v. Schiller et al</u>

ACO

# U.S. District Court

## Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Kars, Larry on 8/20/2019 at 11:56 AM EDT and filed on 8/20/2019

**Case Name:** United States of America v. Schiller et al
**Case Number:** <u>1:18-cv-06840-ENV-CLP</u>
**Filer:** Denise Schiller
Walter Schiller

**Document Number:** <u>13</u>

**Docket Text:**
**MOTION to Amend/Correct/Supplement** *Answer* **by Denise Schiller, Walter Schiller. (Attachments: # (1) Exhibit Amended Answer) (Kars, Larry)**

**1:18-cv-06840-ENV-CLP Notice has been electronically mailed to:**

James Yu    james.yu@usdoj.gov, northern.taxcivil@usdoj.gov

Larry Kars    lkars@gerstensavage.com

Wallace D. Dennis    w.damon.dennis@usdoj.gov, dawn.ashton@usdoj.gov, northern.taxcivil@usdoj.gov, wddennis3@gmail.com

**1:18-cv-06840-ENV-CLP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/20/2019] [FileNumber=14163399-0]
[0c7f98c954dfefa9413309c3c91202a86e33cfdfa8ffd6b10f479a01699dfa9d6189
ebe0b112df876f364c612e8c784c70fa651e875786f2e41635519f43d518]]
**Document description:** Exhibit Amended Answer
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/20/2019] [FileNumber=14163399-1]
[bdf53fff1ecf03a12f4519433b622744f8234763de0885ccf629429a6259d29d4284
ba0766dbedf1a5387b8de449a8acc42536f1ccfa785ed27d8b2332c5ed96]]